IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00879–EWN–CBS

TRACEY CORDOVA,
MORGAN DOUTHIT, and
DIVINITY CORDOVA,

    Plaintiffs,

v.

DEREK ARAGON, and
CITY OF COMMERCE CITY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion for Entry of Stipulation and Protective Order (*doc. no. 15)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 15-2)* is accepted by the court.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    July 31, 2007