# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  07-cv-00879-EWN-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  October 16, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

TRACEY CORDOVA, *et al.*,                                          Brice A. Tondre

    **Plaintiffs,**

v.

DEREK ARAGON, *et al.*,                                             Elliot J. Scott
                                                                                                          Sarah E. McCutcheon

    **Defendants.**

_____

## COURTROOM MINUTES/MINUTE ORDER
_____

**HEARING:   PRELIMINARY PRETRIAL CONFERENCE**
**Court in Session:       10:45 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** The Stipulated Motion to Increase Expert Limits [filed October 11, 2007; doc. 21] is granted for the reasons stated on the record.

**ORDERED:** The Preliminary Pretrial Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in Recess:       10:55 a.m.**
Total In-Court Time:      00:10