IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-00879-EWN-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 7, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| TRACEY CORDOVA, *et al.*, | Brice A. Tondre |
| **Plaintiffs,** | |
| v. | |
| DEREK ARAGON, *et al.*, | Thomas S. Rice |
| | Sarah E. McCutcheon |
| **Defendants.** | |
| CITY OF FORT LUPTON, | T. William Wallace |
| **Interested Party.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 3:30 p.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding the Motion to Quash Subpoena or, in the Alternative, Request for an *In Camera* Inspection of Personnel File Pursuant to Martinelli v. District Court [filed November 28, 2007; doc. 30].

**ORDERED:** The Motion to Quash Subpoena or, in the Alternative, Request for an *In Camera* Inspection of Personnel File Pursuant to Martinelli v. District Court [filed November 28, 2007; doc. 30] is granted in part and denied in part for the reasons stated on the record. The City of Fort Lupton provides the court with the documents that are the subject of the subpoena for the court's *in camera* review.

**ORDERED:** The Joint Oral Motion to Extend the discovery cut-off is granted. The discovery deadline is extended to December 27, 2007. The dispositive motion deadline shall not be extended.

HEARING CONCLUDED.

| | |
|---|---|
| **Court in Recess:** 4:03 p.m. | Total In-Court Time: 00:33 |